**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.instagram.com/reel/CjDqSXjgSI4/?fbclid=IwAR3xt1yv7tpsphAYk6g6m9wgEwy4uc-So2_zGFxgmKFJ6cmZviuakjVuTrg

