**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REED TIMMER,

    Plaintiff,

v.      Case No: 6:23-cv-1095-GAP-RMN

Q BROADCASTING CORPORATION,

    Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal (Doc. 23), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 12, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties